Sandra L. CRAFT, Plaintiff–
Appellee/Cross–
Appellant,

v.

UNITED STATES OF AMERICA, ACTING THROUGH THE COMMISSIONER OF INTERNAL REVENUE, Defendant–Appellant/Cross–Appellee.

Nos. 99–1734, 99–1737.

United States Court of Appeals,
Sixth Circuit.

March 21, 2003.

Before KEITH, COLE and GILMAN, Circuit Judges.

MEAD CORPORATION; Shawmut
Development Corporation
Plaintiffs—Appellees,

v.

Larry G. MASSANARI, Acting Commissioner of Social Security
Defendant—Appellant.

No. 01–3277.

United States Court of Appeals,
Sixth Circuit.

March 21, 2003.

Before NELSON, NORRIS and
BOGGS, Circuit Judges.

186

## ORDER

Upon consideration of the joint motion to summarily reverse judgment and vacate injunctive relief,

It is ORDERED that the motion be and hereby is GRANTED.